[No. 63876-9-I. Division One. December 27, 2010.]

RUSSELL PHILLIPS, *Appellant*, v. VALLEY COMMUNICATIONS, INC., *Respondent*.

 *Affirmed* by unpublished opinion per Cox, J., concurred in by Appelwick and Lau, JJ.

[No. 28068-3-III. Division Three. December 28, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. LARENZO SANDERS, *Appellant*.

 *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Kulik, C.J., concurred in by Brown and Korsmo, JJ.

[No. 28369-1-III. Division Three. December 28, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. CHAD A. VAN DIEST, *Appellant*.

 *Affirmed* by unpublished opinion per Brown, J., concurred in by Kulik, C.J., and Korsmo, J.

[No. 28638-0-III. Division Three. December 28, 2010.]

*In the Matter of the Parentage of* PIPER ALDEN ET AL.

SARA BURNS, *Appellant*, v. RYAN HODGE, *Respondent*.

 *Affirmed* by unpublished opinion per Kulik, C.J., concurred in by Brown and Korsmo, JJ.